IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL CARTER,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **SUNGARD AVAILABILITY** | : | |
| **SERVICES, LP,** | : | **No. 17-3639** |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this **11th** day of **March 2019**, upon consideration of Plaintiff's Motion for Summary Judgment, Defendant's response, and Plaintiff's reply, and Defendant's Motion for Summary Judgment and Plaintiff's response, and for the reasons stated in this Court's Memorandum dated March 11, 2019, it is **ORDERED** that:

1. Plaintiff's motion (Document No. 34) is **DENIED**.

2. Defendant's motion (Document No. 35) is **GRANTED in part** and **DENIED in part**.

    a. Defendant's motion as to the statute of limitations and the administrative exemption is **DENIED**.

    b. Defendant's motion as to the unjust enrichment claim is **GRANTED**. Plaintiff's unjust enrichment claim is **DISMISSED**.

3. Defendant's Motion to File Redacted Documents and Place Documents Under Seal (Document No. 40) is **GRANTED**. Defendant may file redacted versions of its Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment and accompanying Exhibit A and file accompanying Exhibit F under seal.

4. The Joint Motion and Stipulation to Adjourn Trial Date and Related Pretrial Deadlines is **DENIED**.

                                **BY THE COURT:**

                                _____
                                **Berle M. Schiller, J.**