IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL CARTER<br>Plaintiff<br><br>v.<br><br>SUNGARD AVAILABILITY SERVICES, LP:<br>Defendant | CIVIL ACTION NO. 17-3639 |

## ORDER

AND NOW, this \_\_\_8\_\_\_ day of \_\_\_Apr\_\_\_, 2019, upon consideration of Plaintiff's and Defendant's Joint Letter Motion to Approve Settlement and consideration of the material terms of the agreed-upon settlement of this action, and having concluded, pursuant to 29 U.S.C. § 216(b), that the agreed-upon settlement of this action represents a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act, it is hereby **ORDERED** and **DECREED** that the Joint Motion is **GRANTED** and the settlement of this action is hereby **APPROVED** and the matter is **DISMISSED WITH PREJUDICE.**

BY THE COURT:

_____
Berle M. Schiller, J.